|   |   |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT FOR<br>THE DISTRICT OF PUERTO RICO | |
| IN RE:<br><br>ALBINO MERCADO, EXEL<br><br><br>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<br><br><br><br>Debtor(s) | CASE NO. 00-05245 ESL<br><br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON 6/14/2002 |

## ORDER DISMISSING CASE

The motion to dismiss filed by United States of America, Rural Development (docket #12) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 14 day of June, 2002.

*Lamoutte*

Enrique S. Lamoutte
U. S. Bankruptcy Judge

C:  All creditors
    F/up


**11400 Commerce Park Drive**
**Suite 600**
**Reston, Virginia 22091-1506**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: CBF                  Page 1 of 1                Date Rcvd: Jun 14, 2002
Case: 00-05245ESL             Form ID: I01               Total Served: 23

The following entities were served by first class mail on Jun 16, 2002.
 D         ALBINO MERCADO, EXEL,    URB CAFETAL II CALLE CATURRA L-8,    YAUCO,PR 00698
 DA        JULIO RIVERA TORO,    BOX 5090,    PONCE,PR 00731
 T         RAMON LOPEZ RIVERA,    PO BOX 70370,    SAN JUAN,PR 00936-8370
           +CAMARA DE COMERCIANTES MAYORISTAS (,    PO BOX 195337 HATO REY STA,    SAN JUAN,PR 00919
           +DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902
           STATE INSURANCE FUND (SIF),    HECTOR R DIAZ GONZALEZ ESQ,    PO BOX 365028,    SAN JUAN,PR 00936-5028
           DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
           AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00936
           US TRUSTEE (UST-11),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1922
           OFFICE OF THE US TRUSTEE (UST-7NA),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,
             SAN JUAN,PR 00901-1922
           OFFICE OF THE US TRUSTEE (UST-7A),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,
             SAN JUAN,PR 00901-1922
           PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
             505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918
           US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1922
 1         MONEY EXPRESS,    PO BOX 11867,    SAN JUAN,PR 00910
 2         ISLAND FINANCE PUERTO RICO INC,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,    SAN JUAN,PR 00919-5369
 3         COOP DE A/C DE YAUCO,    LEMUEL NEGRON COLON,    PO BOX 8849,    PONCE,PR 00732-8849
 4         MIDLAND RISK SERVICES, INC.,    P.O. BOX 17905,    MEMPHIS,TN 38187-0905
 5         USDA RURAL HOUSING SERVICE,    CENTRALIZED SERVICING CENTER, USDA,    PO BOX 66879,
             SAINT LOUIS,MO 63166
 6         COOP A/C YAUCO,    APDO 3010,    YAUCO,PR 00698
 7         EDITORIAL LECTOR,    APDO 192039,    SAN JUAN,PR 00919-2039
 8         ASSOCIATES FINANCIAL SERVICES,    PO BOX 7559,    CAGUAS,PR 00726
 9         RURAL DEVELOPMENT,    PO BOX 66879,    SAINT LOUIS,MO 63166
 10        USA RURAL DEVELOPMENT,    AGNES I CORDERO ESQ,    FEDERAL BLDG ROOM 452,    SAN JUAN,PR 00918

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jun 16, 2002**                              Signature:  _/s/ Joseph Speetjens_